B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>**Southern District of Florida** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Nationwide PharmAssist Corp.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**45-2956966** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1011 SW 30th Ave**<br>**Deerfield Beach, FL**<br><div align=right>ZIP Code **33442**</div> | Street Address of Joint Debtor (No. and Street, City, and State):<br><div align=right>ZIP Code</div> |
| County of Residence or of the Principal Place of Business:<br>**Broward** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**1471 SW 30th Ave, Unit 2**<br>**Deerfield Beach, FL**<br><div align=right>ZIP Code **33442**</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align=right>ZIP Code</div> |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☑ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☑ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☑ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

B1 (Official Form 1)(04/13)                                                                                                      **Page 2**

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Nationwide PharmAssist Corp.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X** _____<br>    Signature of Attorney for Debtor(s)              (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                                                    **Page 3**

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Nationwide PharmAssist Corp.** |

<div align="center">

**Signatures**

</div>

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

---

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

---

**Signature of Attorney\***

X **/s/ Bradley S. Shraiberg** _____
Signature of Attorney for Debtor(s)

**Bradley S. Shraiberg 121622** _____
Printed Name of Attorney for Debtor(s)

**Shraiberg, Ferrara, & Landau P.A.** _____
Firm Name

**2385 NW Executive Center Dr**
**Suite 300**
**Boca Raton, FL 33431**

_____
Address

                    **Email: bshraiberg@sfl-pa.com**
**561 443 0800  Fax: 561 998 0047**
Telephone Number

**October  6, 2015**
Date

\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

---

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Frederick Schlosser** _____
Signature of Authorized Individual

**Frederick Schlosser** _____
Printed Name of Authorized Individual

**Chief Restructuring Officer** _____
Title of Authorized Individual

**October  6, 2015**
Date

---

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrtpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re    **Nationwide PharmAssist Corp.**          Case No. _____

                               Debtor(s)      Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

       Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Authority Software**<br>**5730 NW 54th Way**<br>**Tamarac, FL 33319** | **Authority Software**<br>**5730 NW 54th Way**<br>**Tamarac, FL 33319** | **CRM Software** | | **28,560.00** |
| **Brian Bulfer**<br>**9101 NE 2nd Street**<br>**Miami Shores, FL 33138** | **Brian Bulfer**<br>**9101 NE 2nd Street**<br>**Miami Shores, FL 33138** | **Convertible Note Holder** | | **78,505.75** |
| **Cerner Healthcare Solutions**<br>**2800 Rockcreek Parkway**<br>**Kansas City, MO 64117** | **Cerner Healthcare Solutions**<br>**2800 Rockcreek Parkway**<br>**Kansas City, MO 64117** | **License and Development of Pharmacy Fullfilment Software** | | **31,551.41** |
| **Daniels and Roberts**<br>**1351 North Federal Highway**<br>**Delray Beach, FL 33483** | **Daniels and Roberts**<br>**1351 North Federal Highway**<br>**Delray Beach, FL 33483** | **Advertising Expense** | | **22,520.54** |
| **Debra Ann Leue**<br>**11106 Delta Circle**<br>**Boca Raton, FL 33428** | **Debra Ann Leue**<br>**11106 Delta Circle**<br>**Boca Raton, FL 33428** | **Convertible Note Holder** | | **241,512.33** |
| **Dr. Thomas Tzikas**<br>**302 N. Ocean Blvd**<br>**Delray Beach, FL 33483** | **Dr. Thomas Tzikas**<br>**302 N. Ocean Blvd**<br>**Delray Beach, FL 33483** | **Convertible Note Holder** | | **445,438.36** |
| **Dr. Thomas Tzikas**<br>**303 N. Ocean Blvd**<br>**Delray Beach, FL 33483** | **Dr. Thomas Tzikas**<br>**303 N. Ocean Blvd**<br>**Delray Beach, FL 33483** | **Convertible Note Holder** | | **148,479.45** |
| **Dr. Thomas Tzikas**<br>**302 N. Ocean Blvd**<br>**Delray Beach, FL 33483** | **Dr. Thomas Tzikas**<br>**302 N. Ocean Blvd**<br>**Delray Beach, FL 33483** | **200,000 Shares of Common Stock of Nationwide PharmAssist Corp.** | **Disputed** | **100,000.00**<br><br>**(0.00 secured)** |
| **Elliot Hahn** | **Elliot Hahn** | **Convertible Note Holder** | | **30,057.53** |
| **Greenberg Traurig P.A.**<br>**5100 Town Center Circle**<br>**Suite 400**<br>**Boca Raton, FL 33486** | **Greenberg Traurig P.A.**<br>**5100 Town Center Circle**<br>**Suite 400**<br>**Boca Raton, FL 33486** | **Legal Services** | | **28,349.04** |
| **Interstate Deerfield**<br>**8177 Glades Road**<br>**Suite 209**<br>**Boca Raton, FL 33434** | **Interstate Deerfield**<br>**8177 Glades Road**<br>**Suite 209**<br>**Boca Raton, FL 33434** | **Lease** | | **88,340.88** |

B4 (Official Form 4) (12/07) - Cont.

In re __Nationwide PharmAssist Corp.__
Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **John Lomio**<br>**1123 Broadway, Suite 617**<br>**New York, NY 10010** | **John Lomio**<br>**1123 Broadway, Suite 617**<br>**New York, NY 10010** | **Short Term Loan** | | **20,000.00** |
| **Leslie Emerson**<br>**5126 vincent Crossing Dr.**<br>**Spring, TX 77386** | **Leslie Emerson**<br>**5126 vincent Crossing Dr.**<br>**Spring, TX 77386** | **Convertible Note Holder** | | **60,115.07** |
| **Mary Schlosser**<br>**940 Park Ave**<br>**New York, NY 10028** | **Mary Schlosser**<br>**940 Park Ave**<br>**New York, NY 10028** | **Convertible Note Holder** | | **87,460.27** |
| **NetSuite**<br>**2955 Campus Drive, Suite 100**<br>**San Mateo, CA 94403-2511** | **NetSuite**<br>**2955 Campus Drive, Suite 100**<br>**San Mateo, CA 94403-2511** | **ERP License Fees** | | **51,840.03** |
| **SEC Headquarters**<br>**Attn: John Silbermann**<br>**100 F Street, NE**<br>**Washington, DC 20549** | **SEC Headquarters**<br>**Attn: John Silbermann**<br>**100 F Street, NE**<br>**Washington, DC 20549** | | | **20,000.00** |
| **Sunera**<br>**201 E. Kennedy Blvd, Suite 415**<br>**Tampa, FL 33602** | **Sunera**<br>**201 E. Kennedy Blvd, Suite 415**<br>**Tampa, FL 33602** | | | **19,470.45** |
| **SunWest Trust FBO Matthew Dorsey IRA**<br>**1116 NW 2nd Avenue**<br>**Fort Lauderdale, FL 33311** | **SunWest Trust FBO Matthew Dorsey IRA**<br>**1116 NW 2nd Avenue**<br>**Fort Lauderdale, FL 33311** | **Convertible Note Holder** | | **29,723.29** |
| **SunWest Trust FBO Matthew Dorsey IRA**<br>**1117 NW 2nd Avenue**<br>**Fort Lauderdale, FL 33311** | **SunWest Trust FBO Matthew Dorsey IRA**<br>**1117 NW 2nd Avenue**<br>**Fort Lauderdale, FL 33311** | **Convertible Note Holder** | | **58,762.94** |
| **United States Securities and Exchange Co**<br>**Attn: John Silbermann**<br>**SEC Headquarters**<br>**100 F Street, NE**<br>**Washington, DC 20549** | **United States Securities and Exchange Co**<br>**Attn: John Silbermann**<br>**SEC Headquarters**<br>**Washington, DC 20549** | | | **20,000.00** |

**B4 (Official Form 4) (12/07) - Cont.**

In re   **Nationwide PharmAssist Corp.**                                      Case No. _____
                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

      I, the Chief Restructuring Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **October  6, 2015**                        Signature   **/s/ Frederick Schlosser**
                                                                        **Frederick Schlosser**
                                                                        **Chief Restructuring Officer**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
## Southern District of Florida

In re  **Nationwide PharmAssist Corp.**
_____,
Debtor

Case No. _____

Chapter _____ **11** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 6 | 82,700.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 123,826.67 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 4 | | 195,328.37 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 9 | | 1,740,155.14 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I -  Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J -  Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 23 | | | |
| Total Assets | | | 82,700.00 | | |
| Total Liabilities | | | | 2,059,310.18 | |

B 6 Summary (Official Form 6 - Summary) (12/14)

.

# United States Bankruptcy Court
## Southern District of Florida

In re    **Nationwide PharmAssist Corp.**                ,    Case No. _____

                                 Debtor

Chapter _____**11**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

    ☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re __Nationwide PharmAssist Corp._____,    Case No. _____
                                     Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

|  |  |  |
|---|---|---|
| Sub-Total > | **0.00** | (Total of this page) |
| Total > | **0.00** |  |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                            Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re    **Nationwide PharmAssist Corp.**                                    ,        Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **Security Deposit for Lease with Interstate Deerfield** | - | **22,000.00** |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >        **22,000.00**
(Total of this page)

__5__  continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Nationwide PharmAssist Corp.** ,  Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >        **0.00**
(Total of this page)

Sheet __1__ of __5__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Nationwide PharmAssist Corp.**                                                    ,     Case No. _____

_____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | **Intellectual Property:** **Mailing lists, designs, computer code, the name of Seller (Nationwide PharmAssist), software, schematics, business processes, telephone and fax numbers and all intellectual property used in the Seller's operation of the Business, including without limitation all trade secrets, proprietary and technical information, business process, research and development, processes, formulas, marketing plans, Web/internet assets, white papers, and other domain knowledge as well as know-how and other trade rights, together with all rights to, and all applications, registrations and licenses for, any of the foregoing in any form or media, and any other intangible assets of the Seller used in the Business.** | - | **50,000.00** |
| | | **Intellectual Property:** **Business process, schematics, design and architecture, specifications for implementation and development** | - | **0.00** |
| | | **Intellectual Property:** **All rights to the name Nationwide PharmAssist** | - | **0.00** |
| | | **Other Intangible Property:** **Branding document and marketing strategy, Website architecture, Creation of 3 white papers, Social media network build out, Banner ads, PPC ads, Creative print ads, Social Media ads, Leave behind brochure, Commercial script, Collateral fulfillment insert, Dispenser box design, PR Schedule, Operating Platform Design and Architecture** | - | **500.00** |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **100% of the capital stock of Nationwide PharmAssist of Florida Corp, a Subsidiary holds all rights, title and interest to licenses and permits held by the Subsidiary as listed below:** **- License in name of Nationwide Pharmassist of Florida Inc.: State of Florida Pharmacy License No. PH 25374: Schedule II and III [EXPIRED AND NOT RENEWABLE]** **- License in name of Nationwide Pharmassist of Florida Inc.: Controlled Substance Registration Certificate - Drug Enforcement Administration - DEA Registration # FN4032417 [RENDERED INVALID BY EXPIRATION OF FLORIDA PHARMACY LICENSE]** | - | **0.00** |

Sub-Total >                **50,500.00**
(Total of this page)

Sheet __2__ of __5__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Nationwide PharmAssist Corp.**                                    ,          Case No. _____
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **License in name of Nationwide Pharmassist of Florida Inc.: State of Florida Pharmacy License No. PH 25374: Schedule II and III [EXPIRED AND NOT RENEWABLE]** | - | **0.00** |
| | | **License in name of Nationwide Pharmassist of Florida Inc.: Controlled Substance Registration Certificate - Drug Enforcement Administration - DEA Registration # FN4032417 [RENDERED INVALID BY EXPIRATION OF FLORIDA PHARMACY LICENSE]** | - | **0.00** |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |

Sub-Total >                     **0.00**
(Total of this page)

Sheet __3__ of __5__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Nationwide PharmAssist Corp.**                                    Case No. _____
                                                                   ,
                                            Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 28. Office equipment, furnishings, and supplies. | | 2 JSI Lancelot Series wood 72"x36" table desks, 2 JSI Vision Wood Series 72"x24" full storage credenzas, 2 JSI Vision Laminate Series 6'x8'x8' Wood curved, U-shape BBF & FF pedestal, Lancelot 96"x48" wood rectangular conference room table with two new laminate cube/drum bases to match top, Pre-owned 48"x48" Visual Aid board with new laminate, Halcon Mitre Series 7'x9'x14' Executive U-shape office, Cherryman Jade Series 6'x6-1/2' L-shape reception desk with a BBF & FF pedestal and glass transaction top, OTG11633B high back executive chair, AIS Element mesh back executive chair, Global Alero Series 1961-3 high back conference room chair with mesh back, Executive L-Shaped Desk, small conference table, 5 white boards, refridgerator, large copier (Konica Minolta Bizhub C224), 3 computer workstations and monitors, 2 IBM Big Network Servers, server rack, perstonal printer/copier, HP ProCurve Networking device, AdTran Networking device, WatchGuard XTM 5 Series Networking device, Cisco 2800 Data Device, Netbotz Security Camera, Overtrue ISG-24 -Rev B Networks device, Cyber Power 1350 AVR, D-Link wireless device Location: 1471 SW 30th Ave, Bay #2, Deerfield Beach FL 33442 | - | 10,000.00 |
| | | Model XTM 535, Serial #80BF02EEA-BEF1 | - | 200.00 |
| | | 2 Adtran Bluesocket Wifi Access Points, Serial #19201313050116: 1700954F1-BSAP-1920 2x2:2 Serial #19201313050429: 1700954F1-BSAP-1920 2x2:2 | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

Sub-Total >                    10,200.00
(Total of this page)

Sheet __4__ of __5__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Nationwide PharmAssist Corp.**   ,      Case No. _____

                            Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

| | |
|---|---|
| Sub-Total > (Total of this page) | 0.00 |
| Total > | 82,700.00 |

Sheet  **5**  of  **5**  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re **Nationwide PharmAssist Corp.** ,    Case No. _____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Dr. Thomas Tzikas <br> 302 N. Ocean Blvd <br> Delray Beach, FL 33483 | | - | 11/5/2013 <br><br> Secured Promissory Note <br><br> 200,000 Shares of Common Stock of Nationwide PharmAssist Corp. | | | X | | |
| | | | Value $        0.00 | | | | 100,000.00 | 100,000.00 |
| Account No. <br><br> JB Painting and Waterproofing <br> 303 Jim Moran Blvd <br> Deerfield Beach, FL 33442 | | - | Judgment Lien <br><br> Broward Circuit Civil - Judgment Case No. COCE13016640(51) <br><br> Judgment Lien Certificate #J14000271758 | | | | | |
| | | | Value $        0.00 | | | | 8,780.93 | 8,780.93 |
| Account No.  UCC #201402191527 <br><br> Voice & Video Recording Technologies Inc <br> 6278 NW 23rd Road <br> Boca Raton, FL 33434 | | - | UCC <br> Model XTM 535, Serial #80BF02EEA-BEF1 <br> 2 Adtran Bluesocket Wifi Access Points, Serial #19201313050116: 1700954F1-BSAP-1920 2x2:2 <br> Serial #19201313050429: 1700954F1-BSAP-1920 2x2:2 | | | | | |
| | | | Value $        200.00 | | | | 15,045.74 | 14,845.74 |
| Account No. <br><br> | | | | | | | | |
| | | | Value $ | | | | | |

|  | Subtotal <br> (Total of this page) | 123,826.67 | 123,626.67 |
|---|---|---|---|
| **0**   continuation sheets attached | Total <br> (Report on Summary of Schedules) | 123,826.67 | 123,626.67 |

B6E (Official Form 6E) (4/13)

.

In re    **Nationwide PharmAssist Corp.**                                            ,    Case No. _____
                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

_3_    continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re **Nationwide PharmAssist Corp.** _____ ,    Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. | | | | | Wages Owed | | | | | |
| Frederick Schlosser 5800 NW 2nd Ave, #114 Boca Raton, FL 33487 | - | | | | | | | | | 65,050.00 |
| | | | | | | | | | 77,525.00 | 12,475.00 |
| Account No. | | | | | Wages Owed | | | | | |
| Matt Dorsey 1116 NW 2nd Ave Fort Lauderdale, FL 33311 | - | | | | | | | | | 0.00 |
| | | | | | | | | | 8,333.00 | 8,333.00 |
| Account No. | | | | | Wages Owed | | | | | |
| Peter Molinari 284 SW Pepperidge Terrace Boca Raton, FL 33486 | - | | | | | | | | | 0.00 |
| | | | | | | | | | 7,000.00 | 7,000.00 |
| Account No. | | | | | Wages Owed | | | | | |
| Robert Fratianni 950 NW 161st Ave Pembroke Pines, FL 33028 | - | | | | | | | | | 0.00 |
| | | | | | | | | | 4,945.37 | 4,945.37 |
| Account No. | | | | | Wages Owed | | | | | |
| Steve Molinari 1600 NE 15th Ave. Apt. #6 Boca Raton, FL 33486 | - | | | | | | | | | 65,050.00 |
| | | | | | | | | | 77,525.00 | 12,475.00 |

Sheet **1** of **3** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | 130,100.00 |
| | 175,328.37 | 45,228.37 |

B6E (Official Form 6E) (4/13) - Cont.

In re __Nationwide PharmAssist Corp._____,    Case No. _____
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

                                                        **Taxes and Certain Other Debts**
                                                        **Owed to Governmental Units**

                                                                    TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | | | | For Information Purposes | | | | | |
| Broward County Tax Collector 1800 NW 66th Ave #101 Fort Lauderdale, FL 33313 | - | | | | | | | | Unknown | Unknown |
| | | | | | | | | | Unknown | Unknown |
| Account No. | | | | | For Information Purposes | | | | | |
| Florida Department of Revenue P.O. Box 6668 Tallahassee, FL 32314-6668 | - | | | | | | | | Unknown | Unknown |
| | | | | | | | | | Unknown | Unknown |
| Account No. | | | | | For Information Purposes | | | | | |
| Internal Revenue Service Attn: Special Procedures P.O. Box 34045 Stop 572 Jacksonville, FL 32202 | - | | | | | | | | Unknown | Unknown |
| | | | | | | | | | Unknown | Unknown |
| Account No. | | | | | For Information Purposes | | | | | |
| Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19114 | - | | | | | | | | Unknown | Unknown |
| | | | | | | | | | Unknown | Unknown |
| Account No. | | | | | For Information Purposes | | | | | |
| Office of Attorney General State of Florida The Capitol PL-01 Tallahassee, FL 32399-1050 | - | | | | | | | | Unknown | Unknown |
| | | | | | | | | | Unknown | Unknown |

Sheet __2__ of __3__ continuation sheets attached to                     Subtotal        | 0.00 |
Schedule of Creditors Holding Unsecured Priority Claims     (Total of this page)     | 0.00 | 0.00 |

B6E (Official Form 6E) (4/13) - Cont.

In re    **Nationwide PharmAssist Corp.**                                               ,    Case No. _____
                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| **SEC Headquarters Attn: John Silbermann 100 F Street, NE Washington, DC 20549** | | - | | | | | 20,000.00 | | 0.00 20,000.00 |
| Account No. | | | For Information Purposes | | | | | | |
| **Securities and Exchange Commission 801 Brickell Ave., Suite 1800 Miami, FL 33131** | | - | | | | | Unknown | | Unknown Unknown |
| Account No. | | | For Information Purposes | | | | | | |
| **United States Attorney General's Office US Department of Justice 950 Pennsylvania Avenue Washington, DC 20530-0001** | | - | | | | | Unknown | | Unknown Unknown |
| Account No. | | | For Information Purposes | | | | | | |
| **US Attorney Southern District of Florida 500 East Broward Boulevard Fort Lauderdale, FL 33394** | | - | | | | | Unknown | | Unknown Unknown |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet __3__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

|  |  |  |
|---|---|---|
| Subtotal | | 0.00 |
| (Total of this page) | 20,000.00 | 20,000.00 |
| Total | | 130,100.00 |
| (Report on Summary of Schedules) | 195,328.37 | 65,228.37 |

B6F (Official Form 6F) (12/07)

In re  **Nationwide PharmAssist Corp.**                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | **Health Insurance** | | | | |
| **Aetna Life Insurance Company** **PO Box 72470213** **Philadelphia, PA 19170** | | - | | | | | | 2,793.00 |
| Account No. | | | | **Services Provided (Consumables)** | | | | |
| **Am San** **PO Box 2317** **Jacksonville, FL 32203-9848** | | | | | | | | 2,342.02 |
| Account No. | | | | **Premium for Liability Insurance** | | | | |
| **Am Trust North America** **Associated Insdustries Insurance** **800 Superior Ave, East, 21st Floor** **Cleveland, OH 44114** | | - | | | | | | 445.00 |
| Account No. | | | | **CRM Software** | | | | |
| **Authority Software** **5730 NW 54th Way** **Tamarac, FL 33319** | | - | | | | | | 28,560.00 |

___8___  continuation sheets attached

Subtotal
(Total of this page)          **34,140.02**

B6F (Official Form 6F) (12/07) - Cont.

In re  __Nationwide PharmAssist Corp._____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. Brian Bulfer 9101 NE 2nd Street Miami Shores, FL 33138 | | - | Convertible Note Holder | | | | 78,505.75 |
| Account No. BrianBulfer c/o David Silver, Esq., Silver Law Group 11780 W. Sample Road Coral Springs, FL 33065 | | - | Broward Circuit Civil Case No. 2014-003891-XXXXCE | | | | 0.00 |
| Account No. Cerner Healthcare Solutions 2800 Rockcreek Parkway Kansas City, MO 64117 | | - | License and Development of Pharmacy Fullfilment Software | | | | 31,551.41 |
| Account No. Daniels and Roberts 1351 North Federal Highway Delray Beach, FL 33483 | | - | Advertising Expense | | | | 22,520.54 |
| Account No. Debra Ann Leue 11106 Delta Circle Boca Raton, FL 33428 | | - | Convertible Note Holder | | | | 241,512.33 |

Sheet no. __1___ of __8___ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    374,090.03

B6F (Official Form 6F) (12/07) - Cont.

In re    **Nationwide PharmAssist Corp.**                                    ,    Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Debra Leu c/o David Silver, Esq., Silver Law Group 11780 W. Sample Road Coral Springs, FL 33065** | - | | **Broward Circuit Civil Case No. 2014-003891-XXXXCE** | | | | 0.00 |
| Account No. **Dr. Thomas Tzikas 302 N. Ocean Blvd Delray Beach, FL 33483** | - | | **Convertible Note Holder** | | | | 445,438.36 |
| Account No. **Dr. Thomas Tzikas 303 N. Ocean Blvd Delray Beach, FL 33483** | - | | **Convertible Note Holder** | | | | 148,479.45 |
| Account No. **Elliot Hahn** | - | | **Convertible Note Holder** | | | | 30,057.53 |
| Account No. **Frederick Schlosser 5800 NW 2nd Ave, #114 Boca Raton, FL 33487** | - | | **Expenses** | | | | 5,000.00 |

Sheet no. __2__ of __8__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)          628,975.34

B6F (Official Form 6F) (12/07) - Cont.

In re   **Nationwide PharmAssist Corp.**                                        ,        Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Non Priority Due Employee Amounts | | | | |
| Frederick Schlosser 5800 NW 2nd Ave, #114 Boca Raton, FL 33487 | | - | | | | | 90,000.00 |
| Account No. | | | Legal Services | | | | |
| Greenberg Traurig P.A. 5100 Town Center Circle Suite 400 Boca Raton, FL 33486 | | - | | | | | 28,349.04 |
| Account No. | | | Short Term Loan | | | | |
| Harry Gelbard 10480 Rivington Court Lone Tree, CO 80124 | | - | | | | | 10,000.00 |
| Account No. | | | Lease | | | | |
| Interstate Deerfield 8177 Glades Road Suite 209 Boca Raton, FL 33434 | | - | | | | | 88,340.88 |
| Account No. | | | Short Term Loan | | | | |
| John Lomio 1123 Broadway, Suite 617 New York, NY 10010 | | - | | | | | 20,000.00 |

Sheet no. __3___ of __8___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        236,689.92

B6F (Official Form 6F) (12/07) - Cont.

In re **Nationwide PharmAssist Corp.** ,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> **Leslie Emerson** <br> **5126 vincent Crossing Dr.** <br> **Spring, TX 77386** | | - | | **Convertible Note Holder** | | | | 60,115.07 |
| Account No. <br><br> **Leslie Emerson** <br> **c/o David Silver, Esq., Silver Law Group** <br> **11780 W. Sample Road** <br> **Coral Springs, FL 33065** | | - | | **Broward Circuit Civil** <br> **Case No. 2014-003891-XXXXCE** | | | | 0.00 |
| Account No. <br><br> **Mary Schlosser** <br> **940 Park Ave** <br> **New York, NY 10028** | | - | | **Convertible Note Holder** | | | | 87,460.27 |
| Account No. <br><br> **Matthew Dorsey** <br> **1116 NW 2nd Avenue** <br> **Fort Lauderdale, FL 33311** | | - | | **Expenses** | | | | 5,425.20 |
| Account No. <br><br> **Matthew Dorsey** <br> **1116 NW 2nd Avenue** <br> **Fort Lauderdale, FL 33311** | | - | | **Non Priority Due Employee Amounts** | | | | 8,333.00 |

Sheet no. __4__ of __8__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **161,333.54**

B6F (Official Form 6F) (12/07) - Cont.

In re  __Nationwide PharmAssist Corp._____,    Case No. _____

                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Milner** <br> **PO Box 923197** <br> **Norcross, GA 30010-3197** | - | | | **Copier Expense** | | | | **2,604.35** |
| Account No. <br><br> **NetSuite** <br> **2955 Campus Drive, Suite 100** <br> **San Mateo, CA 94403-2511** | - | | | **ERP License Fees** | | | | **51,840.03** |
| Account No. <br><br> **Norma Jennings** <br> **c/o David Silver, Esq., Silver Law Group** <br> **11780 W. Sample Road** <br> **Coral Springs, FL 33065** | - | | | **Broward Circuit Civil** <br> **Case No. 2014-003891-XXXXCE** | | | | **0.00** |
| Account No. <br><br> **Norma Mobley** <br> **c/o David Silver, Esq., Silver Law Group** <br> **11780 W. Sample Road** <br> **Coral Springs, FL 33065** | - | | | **Broward Circuit Civil** <br> **Case No. 2014-003891-XXXXCE** | | | | **0.00** |
| Account No. <br><br> **Patrice Coles** <br> **c/o David Silver, Esq., Silver Law Group** <br> **11780 W. Sample Road** <br> **Coral Springs, FL 33065** | - | | | **Broward Circuit Civil** <br> **Case No. 2014-003891-XXXXCE** | | | | **0.00** |

Sheet no. __5___ of __8___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **54,444.38**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Nationwide PharmAssist Corp.**                                    ,     Case No. _____
                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | **Non Priority Due Employee Amounts** | | | | |
| **Peter Molinari** **284 SW Pepperidge Terrace** **Boca Raton, FL 33486** | - | | | | | | 7,000.00 |
| Account No. | | | **Non Priority Due Employee Amount** | | | | |
| **Steve Molinari** **1600 NE 15th Ave.** **Apt. #6** **Boca Raton, FL 33486** | - | | | | | | 90,000.00 |
| Account No. | | | | | | | |
| **Sun Sentinel** **500 E. Broward blvd** **Fort Lauderdale, FL 33394** | - | | | | | | 73.22 |
| Account No. | | | | | | | |
| **Sunera** **201 E. Kennedy Blvd, Suite 415** **Tampa, FL 33602** | - | | | | | | 19,470.45 |
| Account No. | | | **Convertible Note Holder** | | | | |
| **SunWest Trust FBO Matthew Dorsey** **IRA** **1116 NW 2nd Avenue** **Fort Lauderdale, FL 33311** | - | | | | | | 29,723.29 |

Sheet no. __6__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **146,266.96**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Nationwide PharmAssist Corp.**                                        ,         Case No. _____
                                                                 Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Convertible Note Holder | | | | |
| **SunWest Trust FBO Matthew Dorsey IRA 1117 NW 2nd Avenue Fort Lauderdale, FL 33311** | - | | | | | | 58,762.94 |
| Account No. | | | | | | | |
| **Terminix PO Box 17167 Memphis, TN 38187** | - | | | | | | 89.04 |
| Account No. | | | | | | | |
| **United Healthcare Dept. CH 10, 151 600550151c00 Palatine, IL 60055-0151** | - | | | | | | 1,684.06 |
| Account No. | | | | | | | |
| **United States Securities and Exchange Co Attn: John Silbermann SEC Headquarters 100 F Street, NE Washington, DC 20549** | - | | | | | | 20,000.00 |
| Account No. | | | | | | | |
| **VRT, Inc. 6278 NW 23rd Road Boca Raton, FL 33434** | - | | | | | | 15,045.74 |

Sheet no. __7__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **95,581.78**

B6F (Official Form 6F) (12/07) - Cont.

In re **Nationwide PharmAssist Corp.** _____ ,    Case No. _____

                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Windstream Nuvox** <br> **301 North Main Street** <br> **Greenville, SC 29301-2153** | | - | | | | | **8,540.50** |
| Account No. <br><br> **Zephyrhills Water** <br> **Zephyrhills Direct, #215** <br> **6661 Dixie Highway, Suite 4** <br> **Louisville, KY 40258** | | - | | | | | **92.67** |
| Account No. <br><br><br><br> | | | | | | | |
| Account No. <br><br><br><br> | | | | | | | |
| Account No. <br><br><br><br> | | | | | | | |

Sheet no. __8__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **8,633.17**

Total
(Report on Summary of Schedules)  **1,740,155.14**

B6G (Official Form 6G) (12/07)

.

In re  **Nationwide PharmAssist Corp.**
_____,  Case No. _____
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code,<br>of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest.<br>State whether lease is for nonresidential real property.<br>State contract number of any government contract. |
|---|---|
| **Authority Software Corporation**<br>**7154 N. University Drive #211**<br>**Tamarac, FL 33321** | **Call Center Launch Consulting Agreement.** |
| **Authority Software Corporation**<br>**7154 N. University Drive #211**<br>**Tamarac, FL 33321** | **Central Authority CRM Agreement.** |
| **Cerner Healthcare Solutions, Inc.**<br>**2800 Rockcreek Parkway**<br>**Kansas City, MO 64117** | **Software License and Support Agreement.** |
| **Facilities Investments, LLC**<br>**1011 SW 30th Ave**<br>**Deerfield Beach, FL 33442** | **Lease Agreement on space at 1471 SW 30th Ave,**<br>**Deerfield Beach, FL 33442**<br>**(Nationwide PharmAssist of Florida, Inc.)** |
| **Interstate Deerfield, LLC**<br>**8177 Glades Road**<br>**Suite 209**<br>**Boca Raton, FL 33434** | **Lease for Offices and Warehouse space for**<br>**Debtor.**<br>**3 year lease agreement.**<br>**Expires December 1, 2015.** |
| **MTM Healthcare Solutions, Inc.**<br>**1471 SW 30th Ave, Unit 2**<br>**Deerfield Beach, FL 33442** | **Asset Purchase Agreement.** |
| **NetSuite, Inc.**<br>**2955 Campus Drive**<br>**Suite 100**<br>**San Mateo, CA 94403-2511** | **Shared Consulting Agreement.** |
| **NetSuite, Inc.**<br>**2955 Campus Drive**<br>**Suite 100**<br>**San Mateo, CA 94403-2511** | **NetSuite Subscription Services Agreement.** |
| **Pharmacy Healthcare Solutions, Ltd.**<br>**1300 Morris Drive**<br>**Wayne, PA 19087-5594** | **Pharmacy Services Agreement.**<br>**5 year agreement.**<br>**Expires October 2017** |
| **Pharmacy Healthcare Solutions, Ltd.**<br>**1300 Morris Drive**<br>**Wayne, PA 19087-5594** | **Statement of Work Agreement.**<br>**5 year agreement.**<br>**Expires October 2017** |
| **QlikView**<br>**1166 Alberni Street, Suite 250**<br>**Vancouver**<br>**Brittish Columbia V6E 3Z3** | **Master License and Services Agreement.** |

**0**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re **Nationwide PharmAssist Corp.** ,   Case No. _____
_____
Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re   **Nationwide PharmAssist Corp.**                               Case No.  _____

                                                Debtor(s)        Chapter   **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the Chief Restructuring Officer of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of  **25**  sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **October  6, 2015**                    Signature    **/s/ Frederick Schlosser**

                                                                  **Frederick Schlosser**

                                                                    **Chief Restructuring Officer**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Southern District of Florida

In re   **Nationwide PharmAssist Corp.**                                   Case No.                                                        
Debtor(s)                                     Chapter    **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

#### 1. Income from employment or operation of business

None
■

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

           AMOUNT                       SOURCE

---

#### 2. Income other than from employment or operation of business

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

           AMOUNT                       SOURCE

B7 (Official Form 7) (04/13)
2

### 3. Payments to creditors

None ■

**Complete a. or b., as appropriate, and c.**

a.   *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None ■

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None ■

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
| --- | --- | --- | --- |
| **Norma Jennings, Patrice Coles, et al, v. Nationwide PharmAssist Corp., et al, Case No. 2014-003891-XXXXCE** | **Civil** | **17th Judicial Circuit, Broward County, FL** | **Pending** |
| **JB Painting and Waterproofing, Inc. v. Nationwide PharmAssist Corp. Case No. COCE13016640(51)** | **Damages** | **17th Judicial Circuit, Broward County, FL** | **Final Judgment** |

None ■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)
3

**5.  Repossessions, foreclosures and returns**

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**6.  Assignments and receiverships**

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7.  Gifts**

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8.  Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9.  Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Shraiberg, Ferrara, & Landau P.A. 2385 NW Executive Center Dr Suite 300 Boca Raton, FL 33431** | **9/16/2015** | **$25,000.00** |

B7 (Official Form 7) (04/13)
4

**10. Other transfers**

None
■    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None
■    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None
■    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
■    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
■    List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

B7 (Official Form 7) (04/13)
5

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                                    NAME USED                                    DATES OF OCCUPANCY

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

SITE NAME AND ADDRESS          NAME AND ADDRESS OF          DATE OF          ENVIRONMENTAL
                               GOVERNMENTAL UNIT             NOTICE           LAW

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

SITE NAME AND ADDRESS          NAME AND ADDRESS OF          DATE OF          ENVIRONMENTAL
                               GOVERNMENTAL UNIT             NOTICE           LAW

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

NAME AND ADDRESS OF
GOVERNMENTAL UNIT                              DOCKET NUMBER                              STATUS OR DISPOSITION

B7 (Official Form 7) (04/13)
6

### 18 . Nature, location and name of business

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Nationwide PharmAssist of Florida Corp.** | **27-4637148** | **1011 SW 30th Ave Deerfield Beach, FL 33442** | **Pharmacy** | **2012 - Present** |

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                    ADDRESS

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

### 19. Books, records and financial statements

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Stephen F. Molinari 1600 NE 15th Ave, Apt #6 Boca Raton, FL 33486** | **August 2011 - September 2013** |
| **Frederick Schlosser 5800 NW 2nd Ave, #114 Boca Raton, FL 33487** | **July 2012 - December 2013** |

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                          ADDRESS                          DATES SERVICES RENDERED

None
☐

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                    ADDRESS

B7 (Official Form 7) (04/13)
7

| NAME | ADDRESS |
|---|---|
| **Nationwide PharmAssist Corp.** | **1011 SW 30th Ave**<br>**Deerfield Beach, FL 33442** |

None ■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

---

### 20. Inventories

None ■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None ■    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY<br>RECORDS |
|---|---|

---

### 21 . Current Partners, Officers, Directors and Shareholders

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE<br>OF STOCK OWNERSHIP |
|---|---|---|
| **Peter F. Molinari**<br>**233 S. Federal Highway, Apt #915**<br>**Boca Raton, FL 33432** | **5,662,500 Shares** | **67.31%** |
| **Frederick Schlosser**<br>**5800 NW 2nd Ave, #114**<br>**Boca Raton, FL 33487** | **447,500 Shares** | **5.32%** |
| **John Saathoff**<br>**South Highway 10**<br>**Minden, NE 68959** | **674,118 Shares** | **8.01%** |

---

### 22 . Former partners, officers, directors and shareholders

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

B7 (Official Form 7) (04/13)
8

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

\* \* \* \* \* \*

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date **October  6, 2015**                    Signature   **/s/ Frederick Schlosser**
                                                                      **Frederick Schlosser**
                                                                      **Chief Restructuring Officer**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Southern District of Florida

In re    **Nationwide PharmAssist Corp.**              Case No. _____
                                              Debtor

Chapter _____**11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Alex Brunner**<br>**7600 Grand River Rd., Ste 230**<br>**Brighton, MI 48114** | | **25,000 Founder Shares** | **0.30%** |
| **Brian Bulfer**<br>**9101 NE 2nd St**<br>**Miami Shores, FL 33138** | | **60,000 - 504 Shares** | **0.71%** |
| **Brian Gardner Trustee of Brian Gardner Revocable Living Trust**<br>**200 Presidential Way #1502**<br>**West Palm Beach, FL 33401** | | **30,000 - 504 Shares** | **0.36%** |
| **Chester Derek**<br>**2533 North Bond Street**<br>**Saginaw, MI 48602** | | **1,000 - 504 Shares** | **0.01%** |
| **Debra Ann Leue Revocable Trust**<br>**Debra Ann Leue**<br>**11106 Delta Circle**<br>**Boca Raton, FL 33428** | | **115,000 - 504 Shares** | **1.37%** |
| **Dr. Thomas Tzikas**<br>**302 N. Ocean Blvd**<br>**Delray Beach, FL 33483** | | **200,000 Founder Shares** | **2.38%** |
| **Dr. Thomas Tzikas**<br>**302 N. Ocean Blvd**<br>**Delray Beach, FL 33483** | | **200,000 MTM Healthcare Solutions, Inc. Shares** | **2.73%** |
| **Edward W. Karasek**<br>**323 St. Clair Ave**<br>**Sandpoint, ID 83864** | | **10,000 Founder Shares** | **0.12%** |
| **Edward W. Karasek**<br>**323 St. Clair Ave**<br>**Sandpoint, ID 83864** | | **10,000 MTM Healthcare Solutions, Inc. Shares** | **0.14%** |
| **Estate of James Franklin Bradley Deceased** | | **400,000 Founder Shares** | **4.75%** |

__3__ continuation sheets attached to List of Equity Security Holders

In re    **Nationwide PharmAssist Corp.**                                                     ,    Case No. _____
                                                      Debtor

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address<br>or place of business of holder | Security<br>Class | Number<br>of Securities | Kind of<br>Interest |
|---|---|---|---|
| **Falcon Financial Management Group LLC**<br>**2101 Vista Parkway, Suite 125**<br>**West Palm Beach, FL 33411** | | **29,411 - 504**<br>**Shares** | **0.35%** |
| **Frederick Schlosser**<br>**5800 NW 2nd Ave, #114**<br>**Boca Raton, FL 33487** | | **447,500 Founder**<br>**Shares** | **5.32%** |
| **Frederick Schlosser**<br>**5800 NW 2nd Ave, #114**<br>**Boca Raton, FL 33487** | | **2,376,111 MTM**<br>**Healthcare**<br>**Solutions, Inc.**<br>**Shares** | **32.48%** |
| **Greg Hubbard**<br>**5361 Harriet Place**<br>**West Palm Beach, FL 33407** | | **17,646 Founder**<br>**Shares** | **0.21%** |
| **Greg Hubbard**<br>**5361 Harriet Place**<br>**West Palm Beach, FL 33407** | | **17,646 MTM**<br>**Healthcare**<br>**Solutions, Inc.**<br>**Shares** | **0.24%** |
| **James Palladino**<br>**1490 Goodwood Terrace**<br>**Wellington, FL 33414** | | **38,236 Founder**<br>**Shares** | **0.45%** |
| **John Bilski & Maureen Bilski JTWROS**<br>**9127 Wedgewood Dr.**<br>**Fairview Heights, IL 62208** | | **2,182 - 504 Shares** | **0.03%** |
| **John Bilski & Maureen Bilski JTWROS**<br>**9127 Wedgewood Dr.**<br>**Fairview Heights, IL 62208** | | **6,000 - 504 Shares** | **0.07%** |
| **John Lomio**<br>**1123 Broadway Suite 617**<br>**New York, NY 10010** | | **100,000 Founder**<br>**Shares** | **1.19%** |
| **John Lomio**<br>**1123 Broadway Suite 617**<br>**New York, NY 10010** | | **100,000 MTM**<br>**Healthcare**<br>**Solutions, Inc.**<br>**Shares** | **1.37%** |
| **John Saathoff**<br>**South Highway 10**<br>**Minden, NE 68959** | | **674,118 Founder**<br>**Shares** | **8.01%** |
| **Joyce M. Briggs**<br>**5920 320th St, E**<br>**Eatonville, WA 98328** | | **1,470 - 504 Shares** | **0.02%** |

Sheet   **1**   of   **3**   continuation sheets attached to the List of Equity Security Holders

In re   **Nationwide PharmAssist Corp.**_____,    Case No. _____
                                          Debtor

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Pete Evans**<br>**33 Eastern Avenue**<br>**East Providence, RI 02914** | | **678,889 MTM Healthcare Solutions, Inc. Shares** | **9.28%** |
| **Peter F. Molinari**<br>**233 S. Federal Highway, Apt #915**<br>**Boca Raton, FL 33432** | | **5,662,500 Founder Shares** | **67.31%** |
| **Peter F. Molinari**<br>**284 SW Pepperidge Terrace**<br>**Boca Raton, FL 33486** | | **3,666,000 MTM Healthcare Solutions, Inc. Shares** | **50.11%** |
| **Rob Fear**<br>**5800 NW 2nd Ave, #102**<br>**Boca Raton, FL 33487** | | **67,889 MTM Healthcare Solutions, Inc. Shares** | **0.88%** |
| **Robert Shimkus**<br>**2004 Lake Side Ct.**<br>**Champaign, IL 61821** | | **20,000 Founder Shares** | **0.24%** |
| **Robert Shimkus**<br>**2004 Lake Side Ct.**<br>**Champaign, IL 61821** | | **2,941 - 504 Shares** | **0.03%** |
| **Ron Giles**<br>**1109 Sprucewood**<br>**Rock Springs, WY 82901** | | **2,182 - 504 Shares** | **0.03%** |
| **Ronald I. Knight**<br>**5058 Stratford Road**<br>**Birmingham, AL 35242** | | **1,500 - 504 Shares** | **0.02%** |
| **Shawn Roland** | | **5,000 Founder Shares** | **0.06%** |
| **SunWest Trust FBO Leslie Emerson IRA**<br>**5126 Vincent Crossing Dr.**<br>**Spring, TX 77386** | | **30,000 - 504 Shares** | **0.36%** |
| **SunWest Trust FBO Norma Jennings IRA**<br>**1873 NW 93rd Way**<br>**Plantation, FL 33322** | | **45,000 - 504 Shares** | **0.53%** |
| **SunWest Trust FBO Norma Mobley IRA**<br>**4041 Bowman Blvd, #301**<br>**Macon, GA 31210** | | **27,600 - 504 Shares** | **0.33%** |

Sheet __**2**__ of __**3**__ continuation sheets attached to the List of Equity Security Holders

In re    **Nationwide PharmAssist Corp.**                                              ,    Case No. _____

Debtor

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **SunWest Trust FBO Patrice Coles IRA**<br>**2080 NW 82nd Ave**<br>**Pembroke Pines, FL 33024** | | **30,000 - 504 Shares** | **0.36%** |
| **SunWest Trust FBO Ronnie Ellen Giles IRA**<br>**3240 D-Juan Tabo NE**<br>**Albuquerque, NM 87111** | | **28,824 - 504 Shares** | **0.34%** |
| **Toro Negro Investments, S.A.**<br>**Via Argentina, PH19**<br>**Victoria Office No. 9** | | **200,000 Founder Shares** | **2.38%** |
| **Toro Negro Investments, S.A.**<br>**Via Argentina, PH19**<br>**Victoria Office No. 9** | | **200,000 MTM Healthcare Solutions, Inc. Shares** | **2.73%** |
| **Vijay Ramsarran**<br>**9256 Sable Ridge Cir, Apt C**<br>**Boca Raton, FL 33428** | | **200,000 Founder Shares** | **2.38%** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chief Restructuring Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **October  6, 2015**                        Signature  **/s/ Frederick Schlosser**

**Frederick Schlosser**
**Chief Restructuring Officer**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

Sheet  **3**  of  **3**  continuation sheets attached to the List of Equity Security Holders

# United States Bankruptcy Court
## Southern District of Florida

In re    **Nationwide PharmAssist Corp.**                                    Case No.

_____          Chapter    **11**
                                              Debtor(s)

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Restructuring Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is

true and correct to the best of my knowledge.

Date:    **October  6, 2015**                    **/s/ Frederick Schlosser**
_____    _____
                                              **Frederick Schlosser/Chief Restructuring Officer**
                                              Signer/Title

Aetna Life Insurance Company
PO Box 72470213
Philadelphia, PA 19170


Am San
PO Box 2317
Jacksonville, FL 32203-9848


Am Trust North America
Associated Insdustries Insurance
800 Superior Ave, East, 21st Floor
Cleveland, OH 44114


Authority Software
5730 NW 54th Way
Tamarac, FL 33319


Authority Software Corporation
7154 N. University Drive #211
Tamarac, FL 33321


Brian Bulfer
9101 NE 2nd Street
Miami Shores, FL 33138


BrianBulfer
c/o David Silver, Esq., Silver Law Group
11780 W. Sample Road
Coral Springs, FL 33065


Broward County Tax Collector
1800 NW 66th Ave #101
Fort Lauderdale, FL 33313


Cerner Healthcare Solutions
2800 Rockcreek Parkway
Kansas City, MO 64117


Cerner Healthcare Solutions, Inc.
2800 Rockcreek Parkway
Kansas City, MO 64117


Daniels and Roberts
1351 North Federal Highway
Delray Beach, FL 33483

Debra Ann Leue
11106 Delta Circle
Boca Raton, FL 33428


Debra Leu
c/o David Silver, Esq., Silver Law Group
11780 W. Sample Road
Coral Springs, FL 33065


Dr. Thomas Tzikas
302 N. Ocean Blvd
Delray Beach, FL 33483


Dr. Thomas Tzikas
303 N. Ocean Blvd
Delray Beach, FL 33483


Elliot Hahn


Facilities Investments, LLC
1011 SW 30th Ave
Deerfield Beach, FL 33442


Florida Department of Revenue
P.O. Box 6668
Tallahassee, FL 32314-6668


Frederick Schlosser
5800 NW 2nd Ave, #114
Boca Raton, FL 33487


Greenberg Traurig P.A.
5100 Town Center Circle
Suite 400
Boca Raton, FL 33486


Harry Gelbard
10480 Rivington Court
Lone Tree, CO 80124

```
Internal Revenue Service
Attn: Special Procedures
P.O. Box 34045
Stop 572
Jacksonville, FL 32202


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19114


Interstate Deerfield
8177 Glades Road
Suite 209
Boca Raton, FL 33434


Interstate Deerfield, LLC
8177 Glades Road
Suite 209
Boca Raton, FL 33434


JB Painting and Waterproofing
303 Jim Moran Blvd
Deerfield Beach, FL 33442


JB Painting and Waterproofing
c/o Michael E. Stearns, Esq.
805 E. Hillsboro Blvd
Deerfield Beach, FL 33441


John Lomio
1123 Broadway, Suite 617
New York, NY 10010


Leslie Emerson
5126 vincent Crossing Dr.
Spring, TX 77386


Leslie Emerson
c/o David Silver, Esq., Silver Law Group
11780 W. Sample Road
Coral Springs, FL 33065


Mary Schlosser
940 Park Ave
New York, NY 10028
```

Matt Dorsey
1116 NW 2nd Ave
Fort Lauderdale, FL 33311


Matthew Dorsey
1116 NW 2nd Avenue
Fort Lauderdale, FL 33311


Milner
PO Box 923197
Norcross, GA 30010-3197


MTM Healthcare Solutions, Inc.
1471 SW 30th Ave, Unit 2
Deerfield Beach, FL 33442


NetSuite
2955 Campus Drive, Suite 100
San Mateo, CA 94403-2511


NetSuite, Inc.
2955 Campus Drive
Suite 100
San Mateo, CA 94403-2511


Norma Jennings
c/o David Silver, Esq., Silver Law Group
11780 W. Sample Road
Coral Springs, FL 33065


Norma Mobley
c/o David Silver, Esq., Silver Law Group
11780 W. Sample Road
Coral Springs, FL 33065


Office of Attorney General
State of Florida
The Capitol PL-01
Tallahassee, FL 32399-1050


Patrice Coles
c/o David Silver, Esq., Silver Law Group
11780 W. Sample Road
Coral Springs, FL 33065

Peter Molinari
284 SW Pepperidge Terrace
Boca Raton, FL 33486


Pharmacy Healthcare Solutions, Ltd.
1300 Morris Drive
Wayne, PA 19087-5594


QlikView
1166 Alberni Street, Suite 250
Vancouver
Brittish Columbia V6E 3Z3


Robert Fratianni
950 NW 161st Ave
Pembroke Pines, FL 33028


SEC Headquarters
Attn: John Silbermann
100 F Street, NE
Washington, DC 20549


Securities and Exchange Commission
801 Brickell Ave., Suite 1800
Miami, FL 33131


Steve Molinari
1600 NE 15th Ave.
Apt. #6
Boca Raton, FL 33486


Sun Sentinel
500 E. Broward blvd
Fort Lauderdale, FL 33394


Sunera
201 E. Kennedy Blvd, Suite 415
Tampa, FL 33602


SunWest Trust FBO Matthew Dorsey IRA
1116 NW 2nd Avenue
Fort Lauderdale, FL 33311

SunWest Trust FBO Matthew Dorsey IRA
1117 NW 2nd Avenue
Fort Lauderdale, FL 33311


Terminix
PO Box 17167
Memphis, TN 38187


United Healthcare
Dept. CH 10, 151
600550151c00
Palatine, IL 60055-0151


United States Attorney General's Office
US Department of Justice
950 Pennsylvania Avenue
Washington, DC 20530-0001


United States Securities and Exchange Co
Attn: John Silbermann
SEC Headquarters
100 F Street, NE
Washington, DC 20549


US Attorney Southern District of Florida
500 East Broward Boulevard
Fort Lauderdale, FL 33394


Voice & Video Recording Technologies Inc
6278 NW 23rd Road
Boca Raton, FL 33434


VRT, Inc.
6278 NW 23rd Road
Boca Raton, FL 33434


Windstream Nuvox
301 North Main Street
Greenville, SC 29301-2153


Zephyrhills Water
Zephyrhills Direct, #215
6661 Dixie Highway, Suite 4
Louisville, KY 40258