UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

NATIONWIDE PHARMASSIST CORP.,                    CASE NO. 15-27804-RBR
                                                 Chapter 11

      Debtor.
_____/

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE of the appearance of the undersigned attorney as counsel for DEBRA LEUE, a creditor of the above-referenced Debtor. Request is made that any and all motions, pleadings, notices, orders, applications, schedules, statement of affairs, amendments to schedules, disclosure statement(s), plan(s) of reorganization, reports and/or documents of any kind or nature filed in this bankruptcy proceeding by the Court, the Debtors, or any other party in interest, be forwarded to the undersigned.

I HEREBY CERTIFY that a true copy of the foregoing has been furnished electronically where available or by regular mail to all creditors and interested parties on the attached list this 23rd day of October, 2015.

    I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualification to practice in this court set forth in Local Rule 2090-1(A).

                                RAPPAPORT OSBORNE RAPPAPORT
                                & KIEM, PL
                                Attorneys for Creditor, Debra Leue
                                Suite 203, Squires Building
                                1300 North Federal Highway
                                Boca Raton, Florida 33432
                                Telephone:  (561) 368-2200

                                BY:           /s/_____
                                    TAREK K. KIEM, ESQ.
                                    FLORIDA BAR NO. 637041

SERVICE LIST:

- Patrick R Dorsey    pdorsey@sfl-pa.com, ematteo@sfl-pa.com;dwoodall@sfl-pa.com;scusack@sfl-pa.com

- Glenn D Moses    gmoses@gjb-law.com, gjbecf@gjb-law.com;chopkins@gjb-law.com;vlambdin@gjb-law.com

- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov

- Bradley S Shraiberg    bshraiberg@sfl-pa.com, dwoodall@sfl-pa.com;lrosettoparr@sfl-pa.com;scusack@sfl-pa.com;blee@sfl-pa.com;bshraibergecfmail@gmail.com;ematteo@sfl-pa.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-0<br>Case 15-27804-RBR<br>Southern District of Florida<br>Fort Lauderdale<br>Fri Oct 23 13:42:49 EDT 2015 | Nationwide PharmAssist Corp.<br>1471 SW 30th Ave, Unit 2<br>Deerfield Beach, FL 33442-8152 | Aetna Life Insurance Company<br>PO Box 72470213<br>Philadelphia, PA 19170-0001 |
| Am San<br>PO Box 2317<br>Jacksonville, FL 32203-2317 | Am Trust North America<br>Associated Insdustries Insurance<br>800 Superior Ave, East, 21st Floor<br>Cleveland, OH 44114-2613 | Authority Software<br>5730 NW 54th Way<br>Tamarac, FL 33319-2517 |
| Authority Software Corporation<br>7154 N. University Drive #211<br>Tamarac, FL 33321-2916 | Brian Bulfer<br>9101 NE 2nd Street<br>Miami Shores, FL 33138-2803 | BrianBulfer<br>c/o David Silver, Esq., Silver Law Group<br>11780 W. Sample Road<br>Coral Springs, FL 33065-3141 |
| Broward County Tax Collector<br>1800 NW 66th Ave #101<br>Fort Lauderdale, FL 33313-4532 | Cerner Healthcare Solutions<br>2800 Rockcreek Parkway<br>Kansas City, MO 64117-2521 | Daniels and Roberts<br>1351 North Federal Highway<br>Delray Beach, FL 33483-5959 |
| Debra Ann Leue<br>11106 Delta Circle<br>Boca Raton, FL 33428-3974 | Debra Leu<br>c/o David Silver, Esq., Silver Law Group<br>11780 W. Sample Road<br>Coral Springs, FL 33065-3141 | Dr. Thomas Tzikas<br>302 N. Ocean Blvd<br>Delray Beach, FL 33483-7128 |
| Dr. Thomas Tzikas<br>303 N. Ocean Blvd<br>Delray Beach, FL 33483 | Facilities Investments, LLC<br>1011 SW 30th Ave<br>Deerfield Beach, FL 33442-8104 | Falcon Financial Management Group LLC<br>2101 Vista Parkway, Suite 125<br>West Palm Beach, FL 33411-2706 |
| Florida Department of Revenue<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | Frederick Schlosser<br>5800 NW 2nd Ave, #114<br>Boca Raton, FL 33487-3830 | Greenberg Traurig P.A.<br>5100 Town Center Circle<br>Suite 400<br>Boca Raton, FL 33486-1008 |
| Greg Hubbard<br>5361 Harriet Place<br>West Palm Beach, FL 33407-1629 | Harry Gelbard<br>10480 Rivington Court<br>Lone Tree, CO 80124-5586 | Internal Revenue Service<br>Attn: Special Procedures<br>P.O. Box 34045<br>Stop 572<br>Jacksonville, FL 32202 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Interstate Deerfield<br>8177 Glades Road<br>Suite 209<br>Boca Raton, FL 33434-4022 | JB Painting and Waterproofing<br>303 Jim Moran Blvd<br>Deerfield Beach, FL 33442-1729 |
| JB Painting and Waterproofing<br>c/o Michael E. Stearns, Esq.<br>805 E. Hillsboro Blvd<br>Deerfield Beach, FL 33441-3521 | James Palladino<br>1490 Goodwood Terrace<br>Wellington, FL 33414-8979 | John Bilski & Maureen Bilski JTWROS<br>9127 Wedgewood Dr.<br>Fairview Heights, IL 62208-1056 |

| | | |
|---|---|---|
| John Lomio<br>1123 Broadway, Suite 617<br>New York, NY 10010-2109 | John Saathoff<br>South Highway 10<br>Minden, NE 68959 | Joyce M. Briggs<br>5920 320th St, E<br>Eatonville, WA 98328-9790 |
| Leslie Emerson<br>5126 vincent Crossing Dr.<br>Spring, TX 77386 | Leslie Emerson<br>c/o David Silver, Esq., Silver Law Group<br>11780 W. Sample Road<br>Coral Springs, FL 33065-3141 | MTM Healthcare Solutions, Inc.<br>1471 SW 30th Ave, Unit 2<br>Deerfield Beach, FL 33442-8152 |
| Mary Schlosser<br>940 Park Ave<br>New York, NY 10028-0311 | Matt Dorsey<br>1116 NW 2nd Ave<br>Fort Lauderdale, FL 33311-6232 | Matthew Dorsey<br>1116 NW 2nd Avenue<br>Fort Lauderdale, FL 33311-6232 |
| Milner<br>PO Box 923197<br>Norcross, GA 30010-3197 | NetSuite<br>2955 Campus Drive, Suite 100<br>San Mateo, CA 94403-2539 | Norma Jennings<br>c/o David Silver, Esq., Silver Law Group<br>11780 W. Sample Road<br>Coral Springs, FL 33065-3141 |
| Norma Mobley<br>c/o David Silver, Esq., Silver Law Group<br>11780 W. Sample Road<br>Coral Springs, FL 33065-3141 | Office of Attorney General<br>State of Florida<br>The Capitol PL-01<br>Tallahassee, FL 32399-1050 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 |
| Patrice Coles<br>c/o David Silver, Esq., Silver Law Group<br>11780 W. Sample Road<br>Coral Springs, FL 33065-3141 | Pete Evans<br>33 Eastern Avenue<br>East Providence, RI 02914-2107 | Peter F. Molinari<br>233 S. Federal Highway, Apt #915<br>Boca Raton, FL 33432-4945 |
| Peter Molinari<br>284 SW Pepperidge Terrace<br>Boca Raton, FL 33486 | Pharmacy Healthcare Solutions, Ltd.<br>1300 Morris Drive<br>Wayne, PA 19087-5594 | Rob Fear<br>5800 NW 2nd Ave, #102<br>Boca Raton, FL 33487-3830 |
| Robert Fratianni<br>950 NW 161st Ave<br>Pembroke Pines, FL 33028-1168 | Robert Shimkus<br>2004 Lake Side Ct.<br>Champaign, IL 61821-6474 | Ron Giles<br>1109 Sprucewood<br>Rock Springs, WY 82901-4484 |
| Ronald I. Knight<br>5058 Stratford Road<br>Birmingham, AL 35242-3120 | SEC Headquarters<br>Attn: John Silbermann<br>100 F Street, NE<br>Washington, DC 20549-2001 | Securities and Exchange Commission<br>801 Brickell Ave., Suite 1800<br>Miami, FL 33131-4901 |
| Steve Molinari<br>1600 NE 15th Ave.<br>Apt. #6<br>Boca Raton, FL 33486 | Sun Sentinel<br>500 E. Broward blvd<br>Fort Lauderdale, FL 33394-3000 | SunWest Trust FBO Leslie Emerson IRA<br>5126 Vincent Crossing Dr.<br>Spring, TX 77386 |

| | | |
|---|---|---|
| SunWest Trust FBO Matthew Dorsey IRA<br>1116 NW 2nd Avenue<br>Fort Lauderdale, FL 33311-6232 | SunWest Trust FBO Matthew Dorsey IRA<br>1117 NW 2nd Avenue<br>Fort Lauderdale, FL 33311-6231 | SunWest Trust FBO Norma Jennings IRA<br>1873 NW 93rd Way<br>Plantation, FL 33322-5657 |
| SunWest Trust FBO Norma Mobley IRA<br>4041 Bowman Blvd, #301<br>Macon, GA 31210-0829 | SunWest Trust FBO Patrice Coles IRA<br>2080 NW 82nd Ave<br>Pembroke Pines, FL 33024-3533 | SunWest Trust FBO Ronnie Ellen Giles IRA<br>3240 D-Juan Tabo NE<br>Albuquerque, NM 87111-5159 |
| Sunera<br>201 E. Kennedy Blvd, Suite 415<br>Tampa, FL 33602-5823 | Terminix<br>PO Box 17167<br>Memphis, TN 38187-0167 | Toro Negro Investments, S.A.<br>Via Argentina, PH19<br>Victoria Office No. 9 |
| US Attorney Southern District of Florida<br>500 East Broward Boulevard<br>Fort Lauderdale, FL 33394-3000 | United Healthcare<br>Dept. CH 10, 151<br>600550151c00<br>Palatine, IL 60055-0151 | United States Attorney General's Office<br>US Department of Justice<br>950 Pennsylvania Avenue<br>Washington, DC 20530-0001 |
| United States Securities and Exchange Co<br>Attn: John Silbermann<br>SEC Headquarters<br>100 F Street, NE<br>Washington, DC 20549-2001 | VRT, Inc.<br>6278 NW 23rd Road<br>Boca Raton, FL 33434-4341 | Vijay Ramsarran<br>9256 Sable Ridge Cir, Apt C<br>Boca Raton, FL 33428-1435 |
| Voice & Video Recording Technologies Inc<br>6278 NW 23rd Road<br>Boca Raton, FL 33434-4341 | Windstream Nuvox<br>301 North Main Street<br>Greenville, SC 29601-2153 | Zephyrhills Water<br>Zephyrhills Direct, #215<br>6661 Dixie Highway, Suite 4<br>Louisville, KY 40258-3950 |
| Bradley S Shraiberg<br>2385 NW Executive Center Dr. #300<br>Boca Raton, FL 33431-8530 | Patrick R Dorsey<br>2385 NW Executive Ctr Dr # 300<br>Boca Raton, FL 33431-8530 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)HBS Corp. | (d)Cerner Healthcare Solutions, Inc.<br>2800 Rockcreek Parkway<br>Kansas City, MO 64117-2521 | (u)Elliot Hahn |
| (d)Interstate Deerfield, LLC<br>8177 Glades Road<br>Suite 209<br>Boca Raton, FL 33434-4022 | (d)NetSuite, Inc.<br>2955 Campus Drive<br>Suite 100<br>San Mateo, CA 94403-2539 | (u)QlikView<br>1166 Alberni Street, Suite 250<br>Vancouver<br>Brittish Columbia V6E 3Z3 |

```
End of Label Matrix
Mailable recipients    79
Bypassed recipients     6
Total                  85
```