**UNITED STATES BANKRUPTCY COURT FOR THE**
**SOUTHERN DISTRICT OF FLORIDA**
**FT. LAUDERDALE DIVISION**
www.flsb.uscourts.gov

Case No.: 15-27804-BKC-RBR
Chapter 11

In re:

NATIONWIDE PHARMASSIST CORP.;

                           Debtor.

_____/

### UNITED STATES TRUSTEE'S OBJECTION TO EXPEDITED APPLICATION TO EMPLOY MARC BARMAT AS CHIEF SALE OFFICER (ECF # 49)

       Guy G. Gebhardt, Acting United States Trustee for Region 21, in furtherance of the administrative responsibilities imposed pursuant to 28 U.S.C. § 586(a), hereby objects to the application for the employment of Marc Barmat as chief sale officer, and in support states:

### THE APPLICATION

       1.      On October 6, 2015 ("Petition Date"), Nationwide PharmAssist Corp. ("Debtor") filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

       2.      The United States Trustee has not appointed a committee of unsecured creditors.

       3.      On November 12, 2015, after conducting the Debtor's initial debtor interview and 341 meeting of creditors, the United States Trustee filed an expedited motion to dismiss, convert, and/or for the appointment of a chapter 11 trustee ("Motion") (ECF # 35).

       4.      At the hearing upon the Motion on November 18, the Court heard from the Debtor, the United States Trustee, creditors and other parties in interest.  At the end of the hearing, the Court gave the Debtor the chance to either convert or dismiss the bankruptcy case.

       5.      The Debtor requested additional time to present another option to the parties, including the filing of the instant motion.

6.      The United States Trustee hereby incorporates the arguments raised in his Motion, and the statements made at the hearing, to this Objection.

## **RELIEF REQUESTED**

7.      The United States Trustee hereby objects to the Application and requests that the same be denied in full or in part.

8.      The United States Trustee has raised issues concerning the management of the Debtor before and after the bankruptcy filing, as well as certain bad acts that occurred prior to the bankruptcy filing that might have concluded with an SEC investigation against the Debtor and certain past directors of the Debtor.   Those grounds, alone, provide sufficient cause to appoint a trustee in the instant case.

9.      Furthermore, the United States Trustee believes there is no transparency in the selling process proposed by the Debtor when the current director of the Debtor, Frederick Schlosser is not only the day-to-day manager of the Debtor, but also the stalking horse bidder.

10.      However, the issue of transparency is not the main cause to appoint a trustee in the instant case.   There are other issues for a trustee to address which a sale officer cannot, including investigating and pursuing possible causes of actions which may include actions against some of the Debtor's directors, either past or present.

11.      This attempt by the Debtor is ill conceived and inappropriate in response to the Motion and the serious issues raised therein.   The Debtor is attempting a piecemeal solution to the Motion, but fails to address the main issues, and the fact that cause exists to appoint a chapter 11 trustee pursuant to Section 1104 of the Bankruptcy Code.

12.      Therefore, for the reasons detailed above, and the reasons raised by the Motion, the United States Trustee believes that the appointment of a chief sale officer is not in the best interest

of the creditors and parties in this case and therefore, a trustee (either a Chapter 11 or a Chapter 7 trustee) would be the best alternative to the instant case.

WHEREFORE, the United States Trustee requests that the Application be denied, in full or in part, and to grant such other relief as the Court deems just and proper.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and that I am in compliance with all additional qualifications to practice before this Court as set forth in Local Rule 2090-1(A).

I HEREBY CERTIFY that I consulted with opposing counsel prior to the filing of the instant objection, in an attempt to resolve the matters without the need of a hearing.

Dated: November 20, 2015

Guy G. Gebhardt
Acting United States Trustee
Region 21

/s/ Damaris Rosich-Schwartz
Damaris Rosich-Schwartz
Florida Bar No.: 0042065
Trial Attorney
United States Department of Justice
Office of the United States Trustee
51 SW First Avenue, Suite 1204
Miami, FL 33130
Phone: (305) 536-7285
Fax: (305) 536-7360
Damaris.D.Rosich-Schwartz@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of this Motion was sent on November

20, 2015 as follows:

Patrick R Dorsey                    pdorsey@sfl-pa.com
Tarek K Kiem                       rappaport@kennethrappaportlawoffice.com
Glenn D Moses, Esq.                gmoses@gjb-law.com
Bradley S Shraiberg                bshraiberg@sfl-pa.com

James F. Martin
2601 S Bayshore Dr #725
Miami, FL 33133

Dated: November 20, 2015.

Guy G. Gebhardt
Acting United States Trustee
Region 21

/s/ Damaris Rosich-Schwartz
Damaris Rosich-Schwartz, Esq.