

**ORDERED in the Southern District of Florida on November 30, 2015.**

Raymond B. Ray, Judge
United States Bankruptcy Court

---

**UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION**
www.flsb.uscourts.gov

Case No.: 15-27804-BKC-RBR
Chapter 11

In re:

NATIONWIDE PHARMASSIST CORP.,

                        Debtor.

_____/

**ORDER GRANTING UNITED STATES TRUSTEE'S MOTION TO (I) DISMISS
OR CONVERT BANKRUPTCY CASE; AND (II)
FOR THE APPOINTMENT OF A CHAPTER 11 TRUSTEE
AND REQUEST FOR AN EXPEDITED HEARING (ECF # 35)**

THIS MATTER came before the Court on November 24, 2015, upon the continued hearing

on the *United States Trustee's Motion to (i) Dismiss or Convert Bankruptcy Case; and (ii) for the*

*Appointment of a Chapter 11 Trustee and Request for an Expedited Hearing* ("Motion") (ECF #

35).   The Court, having reviewed the file, and for the reasons stated on the record,

      **ORDERS** as follows:

1.      The Motion is **GRANTED IN PART.**   The instant Chapter 11 Bankruptcy Case is hereby **DISMISSED WITH PREJUDICE OF 180 DAYS**.

2.      The Debtor shall pay the United States Trustee the appropriate sum required pursuant to 28 U.S.C. Section 1930(a)(6), within ten (10) days of the entry of this Order, and simultaneously file with the Court all pending monthly operating reports through the date of closing, indicating the cash disbursements for the relevant periods since the period reported on the last Debtor-in-Possession report filed by the Debtor.

3.      The Debtor shall pay the Bankruptcy Clerk of the Court any outstanding fees, costs and charges in connection with this case within ten (10) days of the entry of this Order.

4.      The dismissal of the instant bankruptcy case is conditional to the Debtor paying all outstanding United States Trustee fees and the Clerk of Court's fees, costs, and charges.   If the Debtor fails to comply with paragraph 2 and 3, *supra*, the United States Trustee may seek to vacate the instant Order and seek conversion of the bankruptcy case to Chapter 7 on an expedited basis.

5.      All pending motions are **DENIED AS MOOT**.

6.      The Court shall retain jurisdiction to enforce the provisions of this Order.

###

Submitted by: Damaris Rosich-Schwartz, Esq.
Trial Attorney
U.S. Trustee=s Office
51 SW 1st Ave.
Miami, FL 33130
Phone: (305) 536-7285
Fax: (305) 536-7360

Copies to (Via Clerk of Courts):
All parties that appeared via CM/ECF
Debtor
All creditors as listed on the Creditor Mailing Matrix